# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Kethline Joseph | : |
| | : |
|    Debtor(s) | : NO. 16-12628 mdc |

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan and Amended Schedule I were mailed either first class mail, postage prepaid or electronically on October 5, 2016, to all interested parties.

10-5-16                                                                       /s/    MICHAEL A. LATZES
DATE                                                                          MICHAEL A. LATZES, ESQUIRE
                                                                                  Attorney for Debtor