**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Kethline Joseph | : |
| | : |
|    Debtor(s) | : NO. 16-12628 mdc |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE**
**WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325 (a)(8) AND (a)(9)**

I, MICHAEL A. LATZES, ESQUIRE, attorney for Debtor, upon my oath according to law, hereby certifies as follows in connection with the confirmation hearing scheduled for October 13, 2016, in the above-referenced case:

1. The above-named debtor(s) will be able to make all payments under the plan and comply with the plan.

2. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C., Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATE: 10-5-16                                        /s/ MICHAEL A. LATZES, ESQUIRE
                                                                               MICHAEL A. LATZES, ESQUIRE
                                                                               Attorney for Debtor