United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12628-mdc
Kethline Joseph                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 1            Date Rcvd: Oct 03, 2017
                              Form ID: pdf900           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db             +Kethline Joseph,    1435 Alcott Street,    Philadelphia, PA 19149-3312
13709374        I.C. Systems, Inc.,    444 Highway 96 East,    P.O. BOX 64437,    Attn: Bankruptcy Dept.,
                 Saint Paul, MN 55164-0437
13709375       +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Ctr,    701 Market St.,
                 Attn: Bankruptcy Dept.,    Philadelphia, PA 19106-1538
13715684       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3f
13709376       +Sleepy's,    c/o Debt Recovery Solutions, LLC,    900 Westbury,    Westbury, NY 11590-5844
13709377       +Transworld Systems,    802 E. Martintown Road, Suite 201,    Attn: Bankruptcy Dept.,
                 North Augusta, SC 29841-5352
13791105       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13709378       +U.S. Bank National Association (Trustee,    for the PA Housing Finance Agency),
                 211 North Front Street,    P.O. Box 15057,    Harrisburg, PA 17105-5057
13709379        Universal Fidelity LP,    P.O. BOX 219785,    Attn: Bankruptcy Dept.,    Houston, TX 77218-9785
13709380        Water Revenue Bureau,    1401 J.F.K. Blvd.,    Attn: Bankruptcy Dept.,
                 Philadelphia, PA 19102-1663
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13798395        E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:09     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL A. LATZES    on behalf of Debtor Kethline    Joseph efiling@mlatzes-law.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KETHLINE JOSEPH                              Chapter 13

                        Debtor                Bankruptcy No. 16-12628-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___28th___ day of ___September___ 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
KETHLINE JOSEPH

1435 ALCOTT STREET

PHILADELPHIA, PA 19149